DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLENN JEROME BLAKELY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2589

[February 19, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 98010688CF10B.

Mark H. Klein of MHK Legal, PLLC, Boca Raton, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***